| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| NATHAN H. HARRIS (BAR# 053707)<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BL.   12FL.<br>ENCINO CA 91436 | | 818-501-3800 | |
| ATTORNEY FOR *(Name)*: PLAINTIFF | | Ref. No. or File No.:<br>20030872-NHH | |

Insert name of court and name of judicial district and branch court if any:
**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

SHORT TITLE OF CASE:
**MOUNTZURIS   VS RESTAURANT CONSULTING**

| PROOF OF SERVICE<br>(Summons) | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>03CV12375WGY |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the *(specify documents)*:
DISTRICT-SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR ENTRY OF JUDGMENT CONFIRMING THE ARBITRATOR'S FIRST SUPPLEMENTAL AWARD IN AMERICAN ARBITRATION ASSOCIATION PROCEEDING NO. 11 1160054 2

2. a. Party served *(specify name of party as shown on the documents served)* :
ASPEON, INC.

   b. Person served: [ ] party in item 2a:  [X] other *(specify name and title or relationship to the party named in item 2a)* :
FRANCK C. BLUNDO, REGISTERED AGENT FOR SERVICE OF PROCESS

   c. Address: 15760 VENTURA BLVD., #700, ENCINO, CA  91436

3. I served the party named in item 2
   a. [ ]  **by personally delivering** the copies  (1) on *(date)*:          (2) at *(time)*:
   b. [X]  **by leaving** the copies with or in the presence of *(name and title or relationship to the party named in item 2b)*:
DESIREE MEYETTE, RECEPTIONIST, PERSON IN CHARGE OF OFFICE
   (1) [X]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers
   (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers
   (3) on *(date)*: 2/4/2004          (4) at *(time)*: 11:25AM
   (5) [ ]  A **declaration of diligence** is attached. *(Substituted service on natural person, minor, conservatee, or candidate.)*
   c. [X]  **by mailing** the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
   (1) on *(date)*: 2/4/2004     (2) at *(city)*: LOS ANGELES, CA 90017
   (3) [ ]  with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me.:
   (4) [ ]  to an address outside California with return receipt requested.          *(Attach completed form.)* →
   d. [ ]  **by causing** copies to be mailed. A declaration of mailing is attached.
   e. [ ]  **other** *(specify other manner of service and authorizing code section)*:
4. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ]  as an individual defendant.
   b. [ ]  as the person sued under the fictitous name of (specify):
   c. [X]  on behalf of (specify): ASPEON, INC.
      under  [X] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)          [ ] other:
             [ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (individual)

5. Person serving *(name, address and telephone No.)*:
   RICHARD R. GARI
   ALL-AMERICAN ATTORNEY SERVICE, INC.
   1313 W. 8TH STREET #119
   LOS ANGELES, CA 90017
   (213) 484-8011
   *AAAS*

   a. **Fee** for service: $37.85
   b. [ ]  Not a registered California process server.
   c. [ ]  Exempt from registration under B&P § 22350(b).
   d. [X]  Registered California process server.
      (1) [ ]  Employee or independent contractor
      (2) Registration No.: 4047/LOS ANGELES
      (3) County                      7/18/2005

6. [X]  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. [ ]  I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date: 2/4/2004
PP#: 52705                                              _____
                                                        (SIGNATURE)

| Form Adopted by Rule 982<br>Judicial Council of California:<br>982(a)(23) (New July 1, 1987) | **PROOF OF SERVICE**<br>**(Summons & Complaint)** MOUNTZURIS   VS RESTAURANT CONSULTING | Code Civ. Proc. § 4117.10(f): |
|---|---|---|