# UNITED STATES DISTRICT COURT

District of _____

Theodore M. Mountzuris

V.

Restaurant Consulting Services, Inc.
and Aspeon, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 12375 WGY

TO: (Name and address of Defendant)

Restaurant Consulting Services, Inc.
16832 Redhill Avenue
Irvine, California 92606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin F. Moloney
Barron & Stadfeld, P.C.
50 Staniford Street
Suite 200
Boston, Massachusetts 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE  11/24/03

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] *Civil Cover Sheet and Filing Category Form | February 13, 2004 at 12:10 p.m. |
| NAME OF SERVER *(PRINT)* Lauren Golt | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Restaurant Consulting Services, Inc., was effectuated by personally serving Gregory Borgese of The Corporation Trust Company, Registered Agent, at 1209 Orange St., Wilmington, DE 19801.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $57.50 | TOTAL $57.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 17, 2004          *(signature)* Lauren Golt
                 Date                    *Signature of Server*

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806  (302) 429-0657
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.