UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * *<br>THEODORE M. MOUNTZURIS,<br><br>        Plaintiff,<br><br>RESTAURANT CONSULTING<br>SERVICES, INC. and<br>ASPEON, INC.,<br><br>        Defendants.<br>* * * * * * * * * * * * * * * * | Civil Action No. 03-12375-WGY<br><br>BBO No. 351000<br><br>Declaration re Lost Summons<br><br>No. 11 1160054 2 |

I, Nathan H. Harris, hereby declare and state as follows:

    1.  I am an attorney at law duly admitted to practice in the State of California.  If called to testify hereto, I have personal knowledge of the facts contained herein and am competent to so testify.

    2.  I received the original summons issued in the matter referenced above, for the purpose of obtaining service of process on defendant Aspeon, Inc.  In making copies of the summons and complaint, I erroneously attached the original of the summons to the copy of the complaint to be served instead of a copy thereof.  After discovering my error, I contacted Frank Blundo, the registered agent for service of process with respect to Aspeon, Inc.  Mr. Blundo advised that he would return such original to me, if indeed he had it in his possession.  He has not returned such original

to me as of this date, I contacted him on or about February 24, 2004, when I discovered my error. Mr. Blundo has not returned my telephone messages, and under the circumstances, the original summons must be considered as lost.

Executed this 12th day of March, 2004, at Encino, California.

I declare, under penalty of perjury, that the foregoing is true and correct.

_____
Nathan H. Harris