UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * <br> THEODORE M. MOUNTZURIS, <br><br> Plaintiff, <br><br> v. <br><br> RESTAURANT CONSULTING <br> SERVICES, INC. and <br> ASPEON, INC., <br><br> Defendants. <br> * * * * * * * * * * * * * * * | Civil Action No. 03-12375-WGY <br><br> BBO No. 351000 <br><br> Request, Pursuant to <br> Fed.R.Civ.P. 55(a), <br> of Plaintiff Theodore <br> M. Mountzuris for <br> Entry of Default <br> Against Each of <br> Defendants Restaurant <br> Consulting services, <br> Inc. and Aspeon, Inc. |

Pursuant to Fed.R.Civ.P. 55(a), plaintiff Theodore M. Mountzuris ("Mountzuris") requests the court to enter a default against each of defendants Restaurant Consulting Services, Inc. ("RCS") and Aspeon, Inc. ("Aspeon"), both Delaware Corporations with places of business in California . The grounds for this request are as follows:

Service of the summons and complaint was made upon RCS on February 13, 2004, by service upon its Registered Agent in Delaware, Corporation Trust Co., at 1209 Orange Street, Wilmington, Delaware, 19801,. See the Return of Service upon

RCS previously filed, a copy of which is annexed hereto as Exhibit "A."

Service of the summons and complaint was made upon Aspeon on February 4, 2004, by service upon Frank G. Blundo, its Resident Agent for Service of Process in California, at 15760 Ventura Boulevard, No. 700, Encino, California 91436, on February 4, 2004. See the Proof of Service upon Aspeon previously filed, a copy of which is annexed hereto as Exhibit "B."

The time within which RCS and Aspeon under the rules had to plead or otherwise defend has expired.

Accordingly, Mountzuris requests the court to enter a default against each of defendants Restaurant Consulting, Services, Inc and Aspeon, Inc.

THEODORE M. MOUNTZURIS,
plaintiff,

By his attorneys,

BARRON & STADFELD P.C.

_____
Kevin F. Moloney   BBO No. 351000
50 Stahiford Street, Suite 200
Boston, Massachusetts 02114
Tel.: 617 723 9800/531.6569
Fax: 617.523.8359
e-mail: kfm@barronstad.com

Dated: March 16, 2004

[286509.1]

2