# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12375-WGY

**THEODORE M. MOUNTZURIS**
Plaintiff

v.

**RESTAURANT CONSULTING SERVICES, INC.**
Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Theodore M. Mountzuris for an order of Default for failure of the Defendant, Restaurant Consulting Services, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on March 24, 2004.

Tony Anastas,
Clerk

By: *Marie Bell*
Deputy Clerk

Notice mailed to counsel of record and defendants.