# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action
No:03-12375-WGY**

### THEODORE M. MOUNTZURIS
### Plaintiff

v.

### ASPEON, INC.
### Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Theodore M. Mountzuris for an order of Default for failure of the Defendant, Aspeon, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on March 24, 2004.

**Tony Anastas,
Clerk**

**By:** *Marie Bell*

**Deputy Clerk**

Notice mailed to counsel of record and defendants.