UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  Civil Action No. 03-
                                12375-WGY
THEODORE M. MOUNTZURIS,

                                BBO No. 351000
          Plaintiff,

                                Return of Service
                                Upon Restaurant
                                Consulting Services,
                                Inc. on April 9, 2004,
                                of (1) a Copy of
v.                              "Request for Default
                                Judgment..." and (2)
                                Letter to Restaurant
                                Consulting Services,
                                Inc., dated April 8,
                                2004
RESTAURANT CONSULTING
SERVICES, INC. and
ASPEON, INC.,

          Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

   Annexed hereto as Exhibit "A" is the Return of Service, evidencing service on April 9, 2004, upon the Resident Agent for defendant Restaurant Consulting Services, Inc., The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801 of the "Request for Default Judgment..." and annexed hereto as Exhibit "B" is a copy of the letter, dated April 8, 2004, to Restaurant Consulting, Inc., which was served upon its Resident Agent with a copy of the Request for Default Judgment...."

                                        THEODORE M. MOUNTZURIS,

plaintiff,

By his attorneys,

BARRON & STADFELD P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney
BBO No. 351000
50 Staniford Street,
Suite 200
Boston, Massachusetts 02114
Tel.: 617 723 9800/531.6569
Fax: 617.523.8359
e-mail: kfm@barronstad.com

Dated: April 22, 2004

[290024.1]