UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *    Civil Action No. 03-
                            *    12375-WGY
                            *
THEODORE M. MOUNTZURIS,     *
                            *    BBO No. 351000
        Plaintiff,          *
                            *    Return of Service
                            *    Upon Aspeon, Inc.
                            *    on April 20, 2004,
                            *    of (1) a Copy of
                            *    "Request for Default
v.                          *    Judgment..." and (2)
                            *    Letter to Aspeon, Inc.
                            *    dated April 20, 2004
                            *
RESTAURANT CONSULTING       *
SERVICES, INC. and          *
ASPEON, INC.,               *
                            *
        Defendants.         *
                            *
* * * * * * * * * * * * * * *
```

Annexed hereto as Exhibit "A" is the Return of Service, evidencing service on April 20, 2004, upon the Resident Agent for defendant Aspeon, Inc., Frank G. Blundo, Jr., 15760 Ventura Boulevard, Suite 700, Encino, California 91436 of the "Request for Default Judgment..." and annexed hereto as Exhibit "B" is a copy of the letter, dated April 8, 2004, to Aspeon, Inc., which was served upon its above-named Resident Agent with a copy of the "Request for Default Judgment...."

THEODORE M. MOUNTZURIS,
plaintiff,

By his attorneys,

                                BARRON & STADFELD P.C.

                                */s/ Kevin F. Moloney*
                                Kevin F. Moloney
                                BBO No. 351000
                                50 Staniford Street,
                                Suite 200
                                Boston, Massachusetts 02114
                                Tel.: 617 723 9800/531.6569
                                Fax:  617.523.8359
                                e-mail: kfm@barronstad.com

Dated: April 27, 2004

[290467.1]

Case 1:03-cv-12375-WGY     Document 10     Filed 04/27/2004     Page 3 of 10

**EXHIBIT A**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| NATHAN H. HARRIS (BAR# 053707)<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BL.  12FL.<br>ENCINO CA 91436<br>TELEPHONE NO.: 818-501-3800  FAX NO.: 818-501-2985<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

UNITED STATES DISTRICT COURT

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: DISTRICT OF MASSACHUSETTS

PLAINTIFF/PETITIONER: Mountzuris v. Aspeon
DEFENDANT/RESPONDENT: Aspeon, Inc.

CASE NUMBER: 03CV12375WGY

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 20030872-NHH

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   a. ☐ complaint
   b. ☐ Alternative Dispute Resolution (ADR) package
   c. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   d. ☐ cross-complaint
   e. ☐ other *(specify documents)*:
   Request Pursuant to Federal Rules Civil Procedure 55(b)(1) of Plantiff Theodore M. Mountzuris for Entry of Judgment by Default; Letter dated 4/8/04 to Aspeon, Inc. from Kevin F. Moloney

3. a. Party served *(specify name of party as shown on the documents served)*:
   Aspeon, Inc.

   b. Person served: ☐ party in item 3a:  ☒ other *(specify name and title or relationship to the party named in item 3a)*:
   Frank G. Blundo Jr., agent for service of process

4. Address where the party was served:
   15760 Ventura Blvd. #700, Encino CA 91436

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 4/20/2004    (2) at *(time)*: 12:09pm
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to the party named in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

PP#: 55094

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev January 1, 2004)

PROOF OF SERVICE OF SUMMONS

Page 1 of 2
Code Civil Procedure, § 4117.10

Mountzuris v. Aspeon

| | |
|---|---|
| PLAINTIFF/PETITIONER: Mountzuris v. Aspeon | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Aspeon, Inc. | 03CV12375WGY |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:              (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☒ on behalf of (specify): Aspeon, Inc.
      under the following Code of Civil Procedure Section:
      ☒ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: RICHARD R. GARI
   b. Address: ALL-AMERICAN ATTORNEY SERVICE, INC.
      1313 W. 8TH STREET #119
      LOS ANGELES, CA 90017
   c. Telephone number: (213) 484-8011
   d. The fee for service was: $ 36.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server.
          (i) ☐ Employee or independent contractor.
          (ii) Registration No.: 4047/LOS ANGELES
          (iii) County: 7/18/2005

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff, marshal, or constable and** I certify that the foregoing is true and correct.

Date: 4/20/2004

RICHARD R. GARI
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE)

PP#: 55094

POS-010 (New January 1, 2004)        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

Mountzuris v. Aspeon

**EXHIBIT B**

## BARRON & STADFELD, P.C.

ATTORNEYS AT LAW
50 STANIFORD STREET
SUITE 200
BOSTON, MASSACHUSETTS 02114-2505
(617) 723-9800
(800) 433-3530
FACSIMILE: (617) 523-8359

BARRON@BARRONSTAD.COM

BERNARD A. DWORK
ENID M. STARR
THOMAS V. BENNETT
EDWARD E. KELLY
KEVIN F. MOLONEY
DAVID P. DWORK
JULIE T. MORAN *(NY)
JOSEPH G. BUTLER *(MD) (RI)
DENISE L. PAGE
KERRY PAUL CHOI
JOHN K. BRITT
SHAWN P. O'ROURKE *(NH)
ROGER T. MANWARING
KEVIN P. SCANLON *(NH)
KELLY A. FLYNN *(NY)
BENJAMIN S. KAFKA
RACHEL D. BAIME
RANDY J. SPENCER
NANCIE L. EDGREN
RENÉE M. NORTHROP *(CT)

*ALSO ADMITTED

HERTZ N. HENKOFF
ELLIOTT J. MAHLER
WILKINS AND DeYOUNG
OF COUNSEL

LEO DUNN (1920-1990)

CAPE COD OFFICE
258 WINTER STREET
HYANNIS, MASSACHUSETTS 02601
(508) 778-6622

DIRECT DIAL NUMBER:

April 8, 2004

FILE

Aspeon, Inc.
c/o Frank G. Blundo, Jr.
15760 Ventura Boulevard, Suite 700
Encino, California 91436

Re: Mountzuris v. Restaurant Consulting Services, Inc. and Aspeon, Inc., United States District Court, District of Massachusetts, Civil Action No. 03-12375-WGY

Dear Sir:

Enclosed herewith please a copy of "Request, Pursuant to Fed.R.Civ.P. 55(b)(1), of Plaintiff Theodore M. Mountzuris for Entry of Judgment by Default Against Each of Defendants Restaurant Consulting Services, Inc. and Aspeon, Inc." that was filed in the U.S. District Court, District of Massachusetts, on April 2, 2004.

Very truly yours,

BARRON & STADFELD, P.C.

Kevin F. Moloney

KFM/
cc: Theodore M. Mountzuris (w/o encl.)
    Michael J. Betcher (w/o encl.)

[288767.1]

## BARRON & STADFELD, P.C.

ATTORNEYS AT LAW
50 STANIFORD STREET
SUITE 200
BOSTON, MASSACHUSETTS 02114-2505
(617) 723-9800
(800) 433-3530
FACSIMILE: (617) 523-8359
BARRON@BARRONSTAD.COM

BERNARD A. DWORK
ENID M. STARR
THOMAS V. BENNETT
EDWARD E. KELLY
KEVIN F. MOLONEY
DAVID P. DWORK
JULIE T. MORAN *(NY)
JOSEPH G. BUTLER *(MD)(RI)
DENISE L. PAGE
KERRY PAUL CHOI
JOHN K. BRITT
SHAWN P. O'ROURKE *(NH)
ROGER T. MANWARING
KEVIN P. SCANLON *(NH)
KELLY A. FLYNN *(NY)
BENJAMIN S. KAFKA
RACHEL D. BAIME
RANDY J. SPENCER
NANCIE L. EDGREN
RENÉE M. NORTHROP *(CT)

*ALSO ADMITTED

HERTZ N. HENKOFF
ELLIOTT J. MAHLER
WILKINS AND DeYOUNG
OF COUNSEL

LEO DUNN (1920-1990)

CAPE COD OFFICE
258 WINTER STREET
HYANNIS, MASSACHUSETTS 02601
(508) 778-6622

DIRECT DIAL NUMBER:
(617) 531-6569

April 22, 2004

Via messenger

Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

Re: Mountzuris v. Restaurant Consulting Services, Inc., et al.,
United States District Court, Civil Action No. 03-12375WGY

Dear Sir/Madam:

Enclosed herewith for filing and docketing, please find "Return of Service Upon Aspeon, Inc. on April 20, 2004, of (1) a Copy of "Request for Default Judgment...." and (2) Letter to Restaurant Consulting Services, Inc., dated April 8, 2004."

Thank you.

Very truly yours,

BARRON & STADFELD, P.C.

*Kevin F. Moloney*

Kevin F. Moloney

KFM/sli
cc: Michael J. Betcher
    Theodore M. Mountzuris

[290469.1]