```
                            FILED
        UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
                         2004 JUN 25  A 11: 18
* * * * * * * * * * * * * *    Civil Action No. 03-12375-WGY
                           *
THEODORE M. MOUNTZURIS,    *   U.S. DISTRICT COURT
                           *   DISTRICT OF MASS
                           *   BBO No. 351000
         Plaintiff,        *
                           *   Notice of Change
                           *   of Address
v.                         *   of
                           *   Kevin F. Moloney,
                           *   and Barron & Stadfeld, P.C.
RESTAURANT CONSULTING      *
SERVICES, INC. and         *
ASPEON, INC.,              *
                           *
         Defendants.       *
                           *
* * * * * * * * * * * * * *
```

To:  The Clerk of Court

Please take notice that, as of Monday, June 28, 2004, the address of Kevin F. Moloney, BBO No. 351000, and Barron & Stadfeld, P.C., counsel for plaintiff Theodore M. Mountzuris, will change from

> Kevin F. Moloney
> Roger T. Manwaring
> BARRON & STADFELD, P.C.
> 50 Staniford Street, Suite 200
> Boston, Massachusetts 02114
> Tel.: 617.723.9800/531.6569

to

> Kevin F. Moloney
> Roger T. Manwaring
> BARRON & STADFELD, P.C.
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> Tel.: 617.723.9800/531.6569

        THEODORE M. MOUNTZURIS,
        defendant,

        By his attorneys,

        BARRON & STADFELD P.C.

        *Kevin F. Moloney* (sdi)
        Kevin F. Moloney   BBO No. 351000
        50 Staniford Street, Suite 200
        Boston, Massachusetts  02114
        Tel.: 617.723.9800/531.6569

Dated: June 23, 2004

[295763.1]

2