**CT** CORPORATION

11-18-2004

United States District Court, District of Massachusetts
Office of the Clerk
1 Courthouse Way, #2300
Boston, MA    02210

RE:   Restaurant Consulting Services, Inc.    (DE)

Title of Action: Theodore M. Mountzuris, Pltf. vs Restaurant Consulting Services, Inc.,
et al., Defts.    #03-12375-WGY

Dear Sir:

We are returning documents served/received for the above company by our Wilmington
Office.

According to our records our statutory representation services were discontinued and all
process sent to the last known addresses on our records were returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers,
we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely
stating that after reasonable efforts, we do not have any address to which to forward the
papers.

Very truly yours,

*A. Coleman*
SOP Support

Encl.
ac/rt

Barron & Stadfeld, P.C.
Kevin F. Malony
50 Staniford Street, Suite 200
Boston, MA    02114-2505

111 Eighth Avenue
New York, NY 10011
Tel. 212 894 8940
Fax 212 590 9180

A WoltersKluwer Company